✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

SHAWN C. SHARP

**NOTICE**

V.

SUPER. JOHNSON, et al.                CASE NUMBER:   CIVIL ACTION NO. 00-2156

TYPE OF CASE:

　　　　　X   **CIVIL**　　　　　☐   **CRIMINAL**

X   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| THE HONORABLE AMY REYNOLDS HAY<br>U.S. POST OFFICE & COURTHOUSE<br>PITTSBURGH, PA 15219 | ROOM 301, THIRD FLOOR |
| | DATE AND TIME |
| | JANUARY 16, 2006 AT 9:00 A.M. |

TYPE OF PROCEEDING

STATUS CONFERENCE

☐   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

　　　　　　　　　　　　　　　　　　　　AMY REYNOLDS HAY
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE OR CLERK OF COURT

JANUARY 6, 2006　　　　　　　　　　　　/S/ DIANE M. GALOVICH
DATE　　　　　　　　　　　　　　　　　(BY) DEPUTY CLERK


TO:　　RAYMOND SANCHAS, ESQ.
　　　　SCOTT A. BRADLEY, ESQ.