AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN        DISTRICT OF        PENNSYLVANIA

SHAWN C. SHARP

**NOTICE**

V.

SUPER. JOHNSON, et al.           CASE NUMBER:  CA 00-2156

TYPE OF CASE:

X **CIVIL**     ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Hon. Amy Reynolds Hay, Room 301 | 1/16/2006 at 9:00 A.M. | 1/17/2006 at 9:30 A.M. |

AMY REYNOLDS HAY, UNITED STATES MAGISTRATE JUDGE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

JANUARY 10, 2006                              /S/ AMY REYNOLDS HAY
DATE                                          (BY) DEPUTY CLERK

TO:   RAYMOND SANCHAS, ESQ.
      SCOTT A. BRADLEY, ESQ.