IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,          )
                         )
    Plaintiff,       )
                         )
vs.                      )   Civil Action No. 00-2156
                         )
SUPER. JOHNSON, et al.,  )
                         )
    Defendants.      )

**HEARING MEMO**

HEARING ON:   Status Conference
DATE HEARING HELD:   31 January, 2006
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff*:                     *Appearing for Defendant*:
Raymond Sanchas, Esquire                       Scott A. Bradley, Esquire

Hearing began at 9:25 a.m.                     Hearing concluded at 9:40 a.m.

Stenographer:  None

OUTCOME:

1. The parties will be granted an additional 60 days, until **April 3, 2006**, to complete any discovery.
2. Plaintiff's Pretrial Narrative Statement shall comply with Local Rule 16.1.4.A and be filed by **May 3, 2006**.  Defendant's pretrial narrative statement shall comply with Local Rule 16.1.4.B and be filed by **June 2, 2006**. Material facts not identified in the pretrial narrative statements may be excluded upon objection or *sua sponte*.  Witnesses or exhibits not identified in the pretrial narrative statement shall not be admissible at trial, except for an exhibit to be used solely for impeachment purposes.  The parties shall not amend or supplement their pretrial narrative statements absent leave of court.
3. A final Pretrial Conference will be held on **July 18, 2006, at 9:30 a.m.**, in which Plaintiff shall participate by telephone.