✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

    WESTERN        DISTRICT OF        PENNSYLVANIA

SHAWN C. SHARP

## NOTICE

V.

SUPER. JOHNSON, et al.        CASE NUMBER: CA 00-2156

TYPE OF CASE:

    X  **CIVIL**        ☐  **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Hon. Amy Reynolds Hay | 7/18/2006 at 9:30 A.M. | 7/19/2006 at 9:30 A.M. |

AMY REYNOLDS HAY, UNITED STATES MAGISTRATE JUDGE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 8, 2006        /S/ AMY REYNOLDS HAY
DATE        (BY) DEPUTY CLERK

TO:    RAYMOND SANCHAS, ESQ.
        SCOTT A. BRADLEY, ESQ.