```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                    )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            ) Civil Action No. 00-2156
                                   )
SUPER. JOHNSON, DEPUTY SUPER.      )
KRYSEVIG, DEPUTY SUPER.            )
DICKSON, DEPUTY SUPER.             )
STICKMAN, RHODA WINSTEAD,          )
Prog. Man., FATHER TURSA,          )
Chaplain, TANKO IBRAHIYM,          )
Chaplain, SUPERINTENDENT           )
CONNER BLAIN, DEPUTY               )
SUPERINTENDENT PAUL                )
STOWITZKY, DEPUTY                  )
SUPERINTENDENT JOHN MILLER,        )
CAPTAIN COLEMAN, LIEUTENANT        )
FISHER, MAJOR MALVIN LOCKETT,      )
LIEUTENANT MATCUS,                 )
LIEUTENANT BLAKEY, JEAN A.         )
MEARS, CHAPLAIN GEORGE J.          )
MONECK and CHAPLAIN IHMAM          )
MUHAMMED,                          )
                                   )
        Defendants.                )
```

ORDER

AND NOW, this 21st day of June, 2006, it appearing that the plaintiff has failed to file his Pretrial Narrative Statement ("Statement") as required by this Court's order entered February 1, 2006, IT IS HEREBY ORDERED that plaintiff shall file his Statement not later than July 7, 2006, or otherwise show cause by said date why his case should not be dismissed for failure to prosecute.

IT IS FURTHER ORDERED that should plaintiff file his Statement, the defendants shall file their Statement not later than August 7, 2006.

AND IT IS FURTHER ORDERED that the Pretrial Conference previously scheduled for July 19, 2006, is hereby continued to August 22, 2006, at 9:00 a.m., at which time plaintiff shall participate by telephone.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc: Raymond Sanchas, Esquire
    Suite 300
    Allegheny Building
    429 Forbes Avenue
    Pittsburgh, PA 15219

    Scott A. Bradley, Esquire
    Susan J. Forney, Esquire
    Office of the Attorney General
    564 Forbes Avenue
    6th Floor, Manor Complex
    Pittsburgh, PA 15219