IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 00-2156 |
| ) | |
| SUPER. JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## HEARING MEMO

HEARING ON:   Pretrial Conference
DATE HEARING HELD:   August 22, 2006
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*　　　　　　　　　*Appearing for Defendant:*
Raymond Sanchas, Esquire　　　　　　　Scott A. Bradley, Esquire

Hearing began at 4:00 p.m.　　　　　　　Hearing concluded at 4:45 p.m.

Stenographer: Karen Earley

OUTCOME:

1. On or before **September 8, 2006**, Plaintiff shall file a motion to amend his Pretrial Narrative to include additional witnesses and in said motion shall provide a brief summary of the nature of the testimony anticipated from **all** witnesses intended to be called at trial.
2. The Court will conduct a telephone status conference on **September 8, 2006, at 9:00 a.m.** to discuss settlement potential. Chambers staff will initiate the call to counsel.