IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**HEARING MEMO**

HEARING ON:   Telephone Status Conference
DATE HEARING HELD:   September 8, 2006
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                    *Appearing for Defendant:*
Raymond Sanchas, Esquire              Scott A. Bradley, Esquire

Hearing began at 9:00 a.m.              Hearing concluded at 9:05 a.m.

Stenographer: None

OUTCOME:

1.     At this juncture, the parties have been unable to resolve this matter through settlement
discussions.