```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                )
                               )
        Plaintiff,             )
                               )
   vs.                         ) Civil Action No. 00-2156
                               )
SUPER. JOHNSON, et al.,        )
                               )
        Defendants.            )
```

ORDER

AND NOW, this 11th day of September, 2006, upon consideration of the Motion to Amend Pretrial Statement heretofore filed on behalf of the Plaintiff, IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiff's Pretrial Statement is hereby amended to include the four (4) witnesses identified in paragraph 3 of the foregoing motion.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:  Raymond Sanchas, Esquire
     Suite 300
     Allegheny Building
     429 Forbes Avenue
     Pittsburgh, PA 15219

     Scott A. Bradley, Esquire
     Susan J. Forney, Esquire
     Office of the Attorney General
     564 Forbes Avenue
     6th Floor, Manor Complex
     Pittsburgh, PA 15219