```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                    )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            ) Civil Action No. 00-2156
                                   )
SUPER. JOHNSON, et al.,            )
                                   )
        Defendants.                )
```

ORDER

AND NOW, this 20th day of November, 2006, the Plaintiff having submitted *ex parte* correspondence (dated October 4, 2006) to the Court notwithstanding that he has counsel in this matter, IT IS HEREBY ORDERED that the correspondence is being returned to Plaintiff and he shall not communicate with the Court in the future except through his counsel and by proper motion.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc: Raymond Sanchas, Esquire
    Suite 300
    Allegheny Building
    429 Forbes Avenue
    Pittsburgh, PA 15219

    Scott A. Bradley, Esquire
    Susan J. Forney, Esquire
    Office of the Attorney General
    564 Forbes Avenue
    6th Floor, Manor Complex
    Pittsburgh, PA 15219