IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, } | |
| } | |
| Plaintiff, } | |
| } | No. 00-2156 |
| vs. } | |
| } | Magistrate Judge Hay |
| SUPERINTENDENT PHILLIP L. } | |
| JOHNSON, et al., } | |
| } | *Electronically Filed.* |
| Defendants. } | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion in Limine heretofore filed on behalf of the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

_____
Amy Reynolds Hay, M.J.