IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.: 00-2156 |
| | ) | |
| SUPERINTENDENT PHILIP L. JOHNSON, ET AL. | ) ) | Magistrate Judge Amy Reynolds Hay |
| Defendants. | ) ) | |

**<u>ORDER</u>**

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion for Temporary Restraining Order heretofore filed on behalf of the Plaintiff, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Defendants and the Department of Corrections are temporarily restrained from cutting Plaintiff's hair and from demanding that Plaintiff cut his own hair until further Order of this Court.

BY THE COURT:

_____
AMY RUDOLPH HAY
United States Magistrate Judge

cc:   Scott A. Bradley, SDAG

Raymond N. Sanchas, Esquire