IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPERINTENDENT PHILIP L. )<br>JOHNSON, ET AL. )<br>Defendants. )<br>) | CIVIL ACTION NO.: 00-2156<br><br>Magistrate Judge Amy Reynolds Hay |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE

AND Now comes the Plaintiff, Shawn C. Sharp, by and through his attorney, Raymond N. Sanchas, Esquire and hereby files this Response to the Defendants' Motion In Limine:

1. As to the request of the Defendants to bar testimony and evidence set forth in Paragraph 1, Plaintiff responds as follows:

    a. Plaintiff contends that events, conditions, and acts which occurred after June 13, 2006 may be relevant and admissible if they can be related to an attempt by the Defendants herein to violate Plaintiff's rights. Should Plaintiff seek to introduce any such evidence he will advise counsel for Defendants beforehand and make an offer of proof to the Court prior to introducing the evidence so that the Court can rule on admissibility at such time rather than through a blanket prohibition in advance of trial.

    b. No response.

    c. Plaintiff submits that the specific accommodations are relevant to his pending claims and should not be excluded. The denial of these accommodations directly relate to such claims.

Case 2:00-cv-02156-ARH    Document 96    Filed 12/20/2006    Page 2 of 2

      d. Plaintiff admits that any evidence which would be offered in support of a claim dismissed by the court is proper for exclusion.

2. As to the Defendants requests to bar testimony and evidence set forth in Paragraph 1, Plaintiff does not intend to present evidence not related to, or directly involving, Plaintiff.

3. No response is necessary to paragrapgh 3.

WHEREFORE, Plaintiff, Shawn C. Sharp, respectfully requests that this Honorable Court deny in part Defendants' Motion *in limine* as set forth above.

                                          Respectfully submitted:

December 20, 2006                      /s/ Raymond N. Sanchas
Date                                        Raymond N. Sanchas, Esquire
                                                  Counsel for Plaintiff
                                                  PA ID#33295

                                                  11th Floor Koppers Building
                                                  436 Seventh Avenue
                                                  Pittsburgh, PA 15219
                                                  (412) 391-4467

2