IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                )
                              )
        Plaintiff,             )
                              )
    vs.                        ) Civil Action No. 00-2156
                              )
SUPER. JOHNSON, et al.,        )
                              )
        Defendants.            )

ORDER

AND NOW, this 20th day of December, 2006, upon consideration of the Motion for Postponement heretofore filed on behalf of the Plaintiff, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that a new trial date shall be selected at the scheduled pretrial conference in this matter on January 3, 2007, at 10:30 a.m., Room 9280, U.S. Post Office and Courthouse.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:  Raymond Sanchas, Esquire
     Suite 300
     Allegheny Building
     429 Forbes Avenue
     Pittsburgh, PA 15219

     Scott A. Bradley, Esquire
     Susan J. Forney, Esquire
     Office of the Attorney General
     564 Forbes Avenue
     6th Floor, Manor Complex
     Pittsburgh, PA 15219