IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP,                )<br>                                                )<br>            Plaintiff,            )<br>    v.                                       )   CIVIL ACTION NO.: 00-2156<br>                                                )<br>SUPERINTENDENT PHILIP L.  )   Magistrate Judge Amy Reynolds Hay<br>JOHNSON, ET AL.                 )<br>            Defendants.         )<br>                                                ) | |

MOTION FOR LEAVE TO WITHDRAW APPEARANCE

       AND Now comes Raymond N. Sanchas, Esquire, attorney for Plaintiff, Shawn C. Sharp, and hereby files this Motion for Leave to Withdraw Appearance:

       1.     Plaintiff Shawn C. Sharp has demanded that Raymond N. Sanchas, Esquire, file a motion to withdraw his appearance as soon as possible. Counsel received such demand by letter on December 29, 2006.

       2.     Plaintiff has further instructed counsel for Plaintiff not to "file anything else or even bother to appear" as he is terminating the attorney client relationship.

       3.     Counsel for Plaintiff had previously advised Plaintiff that he cannot withdraw his appearance without leave of Court and advised Plaintiff by letter of December 29, 2006 that he must appear for the pretrial conference scheduled for January 3, 2007 at 10:30 a.m. unless he would receive an Order granting leave to withdraw prior to such conference.

       4.     Plaintiff has advised current counsel that he believes that his dissatisfaction with the legal services provided to him cannot be reconciled.

       .

5.      While counsel for Plaintiff does not agree with Plaintiff's evaluation of the level of legal services provided to Plaintiff, he agrees that the conflicts which have arisen between himself and Plaintiff are serious and not reconcilable.

6.      Counsel for Plaintiff believes and therefore avers that at the present time he has an ethical duty under the Rules of Professional Conduct to withdraw his appearance in this matter.

7.      The only matter presently scheduled in this case is a pretrial conference scheduled for January 3, 2007 at 10:30 a.m.

WHEREFORE, Raymond N. Sanchas, counsel for Plaintiff Shawn C. Sharp, respectfully requests that this Honorable Court grant him leave to withdraw his appearance as counsel for Plaintiff in this case.

<u>December 29, 2006</u>  
Date

<u>/s/Raymond N. Sanchas</u>  
Raymond N. Sanchas, Esquire  
Counsel for Plaintiff  
PA ID#33295

11th Floor Koppers Building  
436 Seventh Avenue  
Pittsburgh, PA 15219  
(412) 391-4467

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to Withdraw Appearance was served on the 29th day of December, 2006, on counsel of record for Defendants electronically and on Plaintiff by first class mail, postage prepaid, addressed as follows:

> Shawn C. Sharp
> DOC# BQ8429
> SCI - Dallas
> 1000 Follies Road
> Dallas, PA 18612

Date:  December 29, 2006         /s/Raymond N. Sanchas____
                                  Raymond N. Sanchas, Esquire
                                  Attorney for Plaintiff