IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 00-2156 |
| | ) |
| SUPERINTENDENT PHILIP L. JOHNSON, ET AL. | ) Magistrate Judge Amy Reynolds Hay |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

AND NOW, this ____ day of _____, 200___, upon consideration of the Motion for leave to Withdraw Appearance heretofore filed on behalf of counsel for Plaintiff, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The appearance of Raymond N. Sanchas, Esquire is hereby withdrawn as counsel for Plaintiff in this action.

BY THE COURT:

_____
AMY RUDOLPH HAY
United States Magistrate Judge

cc:   Scott A. Bradley, SDAG
      Raymond N. Sanchas, Esquire
      Shawn C. Sharp