IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                    )
                                   )
            Plaintiff,             )
                                   )
    vs.                            )        Civil Action No. 00-2156
                                   )
SUPER. JOHNSON, et al.,            )
                                   )
            Defendants.            )

**HEARING MEMO**

HEARING ON:   Pretrial Conference
DATE HEARING HELD:   January 3, 2007
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                *Appearing for Defendant:*
Raymond Sanchas, Esquire                  Scott A. Bradley, Esquire

Hearing began at 10:30 a.m.               Hearing concluded at 11:00 a.m.

Stenographer: None

OUTCOME:

1.    The Court will take under advisement the Motion for Leave to Withdraw Appearance as counsel for the plaintiff.  We note that counsel was not hired by the plaintiff but, rather, was appointed by the Court upon plaintiff's motion, well over four years ago.  Accordingly, since it is the Court who must decide the issue, further consideration of the matter is required.  In the interim, plaintiff shall confer with his present counsel until the Court is able to resolve the motion.

2.    It appearing that additional time to pursue settlement of this action is in the best interests of the parties, the Court will allow four weeks for said purposes.  Thereafter, the Court will conduct a telephone conference on January 31, 2007, at 9:15 a.m., to discuss the posture of the case and address any pretrial matters that may remain.  Counsel for defendants shall arrange to permit the plaintiff to participate by telephone in said conference and shall provide Chambers staff, who will initiate the call to everyone, with the appropriate number to reach the plaintiff.

3.    Trial is set for April 10-13, 2007.