IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                          )
                                         )
              Plaintiff,                 )
                                         )
       vs.                               )        Civil Action No. 00-2156
                                         )
SUPER. JOHNSON, et al.,                  )
                                         )
              Defendants.                )

**HEARING MEMO**

HEARING ON:   Telephonic Status/Settlement Conference
DATE HEARING HELD:   January 31, 2007
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                *Appearing for Defendant:*
Raymond Sanchas, Esquire                  Scott A. Bradley, Esquire


Hearing began at 9:20 a.m.                Hearing concluded at 9:40 a.m.

Stenographer: None


OUTCOME:

1.     The Court will conduct a settlement conference on February 21, 2007, at 11:00 a.m., in
       chambers.  Counsel for Defendants shall arrange to have Plaintiff available by phone
       between 11:00 a.m. and noon.  An individual with full settlement authority for
       Defendants shall appear in person for the conference.