IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**HEARING MEMO**

HEARING ON: Settlement Conference
DATE HEARING HELD:  February 21, 2007
BEFORE:  MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                                      *Appearing for Defendant:*
Raymond Sanchas, Esquire                              Scott A. Bradley, Esquire


Hearing began at 11:00 a.m.                              Hearing concluded at 12:30 p.m.

Stenographer: None


OUTCOME:

1.   The Settlement Conference is adjourned until Friday, February 23, 2007, at 9:30 a.m., at which time the discussions will resume between counsel and the Court by telephone. Chambers staff will initiate the call.