IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | ) |
|       Plaintiff, | ) |
| vs. | ) Civil Action No. 00-2156 |
| SUPER. JOHNSON, et al., | ) |
|       Defendants. | ) |

**HEARING MEMO**

HEARING ON: Continuation of Settlement Conference
DATE HEARING HELD:  February 23, 2007
BEFORE:  MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*       *Appearing for Defendant:*
Raymond Sanchas, Esquire      Scott A. Bradley, Esquire

Hearing began at 9:30 a.m.      Hearing concluded at 9:40 a.m.

Stenographer: None

OUTCOME:

1. Settlement discussions are continuing. Court will conduct a status conference by telephone on March 7, 2007, at 9:30 a.m. Chambers staff will initiate the call.