IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**HEARING MEMO**

HEARING ON: Continuation of Settlement Conference
DATE HEARING HELD:   March 7, 2007
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                              *Appearing for Defendant:*
Raymond Sanchas, Esquire                        Scott A. Bradley, Esquire


Hearing began at 9:30 a.m.                          Hearing concluded at 9:40 a.m.

Stenographer: None


OUTCOME:

1.   Settlement discussions are continuing.  Court will conduct a status conference by telephone on March 22, 2007, at 9:30 a.m.   Chambers staff will initiate the call.
2.   Trial scheduled for April 9, 2007 is hereby continued pending conclusion of settlement discussions.