IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                )
                               )
        Plaintiff,             )
                               )
    vs.                        ) Civil Action No. 00-2156
                               )
SUPER. JOHNSON, et al.,        )
                               )
        Defendants.            )

## ORDER

AND NOW, this 22nd day of March, 2007, inasmuch as the parties are engaged in settlement discussions and it is necessary for counsel for Plaintiff to speak with his client by telephone within the next fourteen days, IT IS HEREBY ORDERED that the Department of Corrections (DOC) shall facilitate a telephone call between Plaintiff and his counsel, the date for which will be provided to DOC by counsel for the Defendants in this action.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:  Raymond Sanchas, Esquire
     Suite 300
     Allegheny Building
     429 Forbes Avenue
     Pittsburgh, PA 15219

     Scott A. Bradley, Esquire
     Susan J. Forney, Esquire
     Office of the Attorney General
     564 Forbes Avenue
     6th Floor, Manor Complex
     Pittsburgh, PA 15219