IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 00-2156 |
| | ) |
| SUPER. JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>HEARING MEMO</u>**

HEARING ON: Continuation of Settlement Conference
DATE HEARING HELD:   March 22, 2007
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*           *Appearing for Defendant:*
Raymond Sanchas, Esquire        Scott A. Bradley, Esquire

Hearing began at 9:30 a.m.          Hearing concluded at 9:40 a.m.

Stenographer: None

OUTCOME:

1.  Settlement discussions are continuing. Plaintiff and his counsel will confer and advise the Court of settlement posture.