✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

WESTERN              DISTRICT OF              PENNSYLVANIA

SHAWN C. SHARP

**NOTICE**

V.

SUPER. JOHNSON, et al.          CASE NUMBER:  CA 00-2156

TYPE OF CASE:

X  **CIVIL**          ☐  **CRIMINAL**

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

TELEPHONE CONFERENCE (CHAMBERS WILL INITIATE THE CALL) (DEFENSE COUNSEL IS ADVISED THAT HE IS TO MAKE ARRANGEMENTS TO HAVE BOTH PLAINTIFF AND A REPRESENTATIVE FROM THE DEPARTMENT OF CORRECTIONS WITH SETTLEMENT AUTHORITY AVAILABLE BY PHONE)

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Hon. Amy Reynolds Hay, Room 301 |  | 4/17/2007 at 2:00 P.M. |

AMY REYNOLDS HAY, UNITED STATES MAGISTRATE JUDGE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

JANUARY 10, 2006                    /S/ AMY REYNOLDS HAY
DATE                                (BY) DEPUTY CLERK


TO:   RAYMOND SANCHAS, ESQ.
      SCOTT A. BRADLEY, ESQ.