IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  | |
|---|---|---|---|
| SHAWN C. SHARP, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Civil Action No. 00-2156 | |
| | ) | | |
| SUPER. JOHNSON, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

**HEARING MEMO**

HEARING ON: Telephone Status Conference
DATE HEARING HELD:   April 17, 2007
BEFORE:   MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                              *Appearing for Defendant:*
Raymond Sanchas, Esquire                         Scott A. Bradley, Esquire
Shawn C. Sharp

Hearing began at 2:00 p.m.                          Hearing concluded at 2:50 p.m.

Stenographer: None

OUTCOME:

1. Trial in this case is set for **July 9, 2007**.
2. The Motion for Leave to Withdraw Appearance [dkt. no. 99] is DENIED.  Plaintiff registered his verbal objection to the Court's ruling on said motion and in order to provide him with the opportunity to submit a written objection, which would not otherwise be available since this is a consent case, it is ORDERED that on or before **May 17, 2007**, Plaintiff shall submit to the Court, with a copy to his counsel and defense counsel, any specific allegations of ineffectiveness of counsel to demonstrate why the Court should reconsider its ruling on the motion.
3. Defendants' Motion in Limine [dkt. no. 90] is GRANTED.
4. The Court will conduct a status conference with counsel, in chambers, on **April 20, 2007**, **at 10:00 a.m.**, to discuss the future conduct of Plaintiff as a result of his profane, disrespectful and disruptive behavior during today's telephone conference.