```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                )
                               )
        Plaintiff,             )
                               )
    vs.                        ) Civil Action No. 00-2156
                               )
SUPER. JOHNSON, et al.,        )
                               )
        Defendants.            )
```

ORDER

AND NOW, this 17th day of April, 2007, IT IS HEREBY ORDERED that on or before June 9, 2007, the parties shall submit to the Court (1) any Proposed Voir Dire, which would supplement the voir dire set forth in Local Rule 47.1, and (2) any Joint Stipulation of Facts.

IT IS FURTHER ORDERED that a final pretrial conference will be held on Monday, July 2, 2007, at 9:00 a.m.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:  Raymond Sanchas, Esquire
     Suite 300
     Allegheny Building
     429 Forbes Avenue
     Pittsburgh, PA 15219

     Scott A. Bradley, Esquire
     Susan J. Forney, Esquire
     Office of the Attorney General
     564 Forbes Avenue
     6th Floor, Manor Complex
     Pittsburgh, PA 15219