IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHAWN C. SHARP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUPER. JOHNSON, et al., )<br>)<br>Defendants. ) | Civil Action No. 00-2156 |

SHAWN C. SHARP,            )
                           )
        Plaintiff,         )
                           )
    vs.                    )   Civil Action No. 00-2156
                           )
SUPER. JOHNSON, et al.,    )
                           )
        Defendants.        )

**HEARING MEMO**

HEARING ON: Status Conference
DATE HEARING HELD:  April 20, 2007
BEFORE:  MAGISTRATE JUDGE AMY REYNOLDS HAY

*Appearing for Plaintiff:*                *Appearing for Defendant:*
Raymond Sanchas, Esquire                  Scott A. Bradley, Esquire


Hearing began at 9:55 a.m.                Hearing concluded at 10:20 a.m.

Stenographer: None

OUTCOME:

1. A review of the pleadings revealed that no party timely demanded a jury trial in this action. Accordingly, the dates previously set for the submission of supplemental voir dire and for trial are hereby vacated.
2. On or before June 9, 2007, the parties shall submit to the court (1) a statement of stipulated facts and (2) a statement of disputed facts.
3. The court will conduct a status conference on June 12, 2007, at 2:00 p.m., in chambers, to set the course for resolution of the case by the court.