Shawn C. Sharp #BG 8429
1000 Follies Rd.
Dallas, Pa. 18612

INMATE MAIL
PA DOC



Clerk of Courts
U.S. District Court
For The Western Dist.
of Pennsylvania
819 U.S. Post Office
and Courthouse
Pitt., Pa. 15219

RECEIVED
MAY 18 2007
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To: The Clerk Of Courts For

   The U.S. District Court

   For The Western District

   of Pennsylvania

Date: 5/14/07

From: Shawn C. Sharp #BQ-8429

   1000 Follies Road

   Dallas, Pa. 18612


Re: Sharp v. Johnson et. al Civil Action #00-2156

To Whom It May Regard,

   Please file the enclosed motion on behalf of the plaintiff in the above captioned case per order of and in compliance with the instructions of Magistrate Judge Hay. If There are any questions regarding this filing, please contact me at the above numbered from address.

Sincere Thanks,

*Shawn Sharp* (signature)

Shawn C. Sharp

#BQ-8429

1000 Follies Road

Dallas, Pa. 18612