## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN C. SHARP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **2:00cv2156** |
| ) | **Electronic Filing** |
| **SUPERINTENDENT JOHNSON, et al.** ) | |
| ) | |
| Defendants. ) | |

### ORDER OF COURT

AND NOW, this 12th day of July, 2007, upon due consideration of plaintiff's motion to withdraw consent to proceed before a magistrate judge, which the court has construed as part of plaintiff's "objections" of May 18, 2007 (Doc. No. 112), IT IS ORDERED that defendants shall file a brief in response to the motion on or before July 27, 2007.

                                                                        s/ David Stewart Cercone
                                                                       David Stewart Cercone
                                                                        United States District Judge

cc:    Shawn C. Sharp
        BQ - 8429
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370

        Scott Bradley, Esquire
        Susan J. Forney, Esquire
        Office of the Attorney General
        Sixth Floor, Manor Complex
        564 Forbes Avenue
        Pittsburgh, PA 15219