IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP

    Plaintiff.

    vs.

Super. Johnson, et al.,

    Defendants,

Civil Action #00-2156

Judge Cercone
Magistrate Judge Hay

Request for Production of Documents:

Plaintiff requests, pursuant to Rule 34 of the Federal Rules of Civil Procedure, that Defendants in the above cited case produce for inspection and copying the following documents:

1. Employment records of each defendant in the above cited case.
2. Plaintiff's Inmate files. This should include all documents in the Central file as well as the DC-15 file.
3. All policies and procedures regarding Religious Accommodation from 1995 to present. (This should include all interdepartmental memoranda on implementation of said policies.)
4. All P.R.C. Records of Plaintiff. (This should include any notes taken at hearings or memos regarding said hearings.)
5. All Security records of plaintiff.
6. All Misconducts issued against the plaintiff along with their appeals.
7. All Security Reports on plaintiff.
8. All incident reports against plaintiff.

8
9. All CSI documents implicating defendant in prohibited or illegal activities.
10. Identification and present location of all CSI.
11. All Religious File Documents of the Plaintiff.
12. Bureau of Statistics data regarding religious affiliations in the D.O.C. from 1995 to present.
13. Bureau of statistics data regarding the granting of Religious Accommodation for each faith group from the dates of 1995 to present.
14. All funding and spending records itemizing allotments issued for spending on each recognized faith group in the D.O.C.
15. The complete employee history on the head of Religious services in each institution in the D.O.C.
16. The employee requirements for hiring chaplains in the D.O.C.
17. Descriptive ratio by religious affiliation of all chaplains in the D.O.C. from 1995 to present.
18. A Complete schedule of "all" religious services in each inst. in the DEPT. of Corrections.
19. All press releases made by the D.O.C. in relation to the lockdown at SCI Somerset that has been referred to by the defendants.
20. All transfer petitions for plaintiff from 1997 to present.
21. All incident reports regarding the plaintiff.
22. All witness reports regarding the plaintiff.
23. All grooming exemption policies for the DEPT. of Corrections.
24. All Interdepartmental memoranda regarding the implementation of said policies.
25. Budgetary allotments for SCI Western and SCI Green from 1995 to present for religious groups.

   Please take notice that the above requested documents shall be produced for inspection and copying within 30 days from receipt of this request for inspection and copying by the plaintiff at SCI Dallas, 1000 Follies Road, Dallas, Pa. 18612.

    Such documents shall be produced for inspection by plaintiff and shall be xeroxed or photo copied by defendants or their agents or employees and furnished to the plaintiff.

Dated: 7-22-07

                              Plaintiff Pro Se:

                              */s/ Shawn Sharp*

Shawn C. Sharp

cc: file
    clerk of courts

Proof of Service

I do swear and affirm that the undersigned has forwarded via US mail, a true and correct copy of the attached request for production of documents to:

>Scott Bradley, Esquire
>Susan J. Forney
>Office of The Attorney general
>Sixth Floor, Manor Complex
>564 Forbes Ave.
>Pittsburgh, Pa.
>15219

On this 22nd Day of July, 2007.

*Shawn Sharp*
Shawn C. Sharp #BQ-8429
1000 Follies Road
Dallas, Pa.
18612