NAME Shawn Sharp
NUMBER BQ8429
POSTAGE DUE 58
INMATE MAIL

State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612
INMATE MAIL
PA DEPT. OF CORRECTIONS

PA DOC

Robert V. Barth
Clerk of Court for
The Western District
of Pennsylvania
P.O. Box 1805
P.H., Pa. 15230

Hasler
016H16505353
$00.41⁹
07/27/2007
Mailed From 18612
US POSTAGE