IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | Magistrate Judge Hay |
| Defendants. | ) | |
| | ) | RE: Dkt. [118] |

ORDER

AND NOW, this 20th day of August, 2007, upon consideration of the Plaintiff's Request for Production of Documents, Dkt. [118], IT IS HEREBY ORDERED that the motion is DISMISSED as improperly filed inasmuch as, pursuant to Local Rule 5.3.A., discovery is not to be filed with the Clerk absent an Order of Court. No such Order has been entered in this case to permit such a filing. Moreover, the Court notes that discovery closed in this case on March 12, 2004.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc: Shawn C. Sharp
BQ8429
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

All counsel of record by Notice of Electronic Filing

Hon. David Stewart Cercone
United States District Judge