

US POSTAGE $00.41 08/13/2007 Mailed from 18612

INMATE MAIL
PA DOC

Judge D.S. Cercone
U.S. Dist. Court
Western Dist. of Pa.
Suite 7270, U.S. Post Office
and Courthouse
700 Grant Street
Pitt., Pa. 15219

RECEIVED
AUG 29 2007
DAVID STEWART CERCONE
UNITED STATES DISTRICT JUDGE

NAME _Shawn Sharp_
NUMBER _BQ8429_
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS