```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                      )
                                     )
            Plaintiff,               )
                                     )
      vs.                            ) Civil Action No. 00-2156
                                     ) Mag. Judge Amy Reynolds Hay
SUPER. JOHNSON, DEPUTY SUPER.        )
KRYSEVIG, DEPUTY SUPER.              )
DICKSON, DEPUTY SUPER.               )
STICKMAN, RHODA WINSTEAD,            )
Prog. Man., FATHER TURSA,            )
Chaplain, TANKO IBRAHIYM,            )
Chaplain, SUPERINTENDENT             )
CONNER BLAIN, DEPUTY                 )
SUPERINTENDENT PAUL                  )
STOWITZKY, DEPUTY                    )
SUPERINTENDENT JOHN MILLER,          )
CAPTAIN COLEMAN, LIEUTENANT          )
FISHER, MAJOR MALVIN LOCKETT,        )
LIEUTENANT MATCUS,                   )
LIEUTENANT BLAKEY, JEAN A.           )
MEARS, CHAPLAIN GEORGE J.            )
MONECK and CHAPLAIN IHMAM            )
MUHAMMED,                            )
            Defendants.              )
```

ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW, this 12th day of September, 2007,

IT IS HEREBY ORDERED AND DIRECTED that the Clerk of Court issue a writ of habeas corpus ad testificandum directed to the United States Marshal at Pittsburgh and the Warden of the State Correctional Facility at Dallas, Dallas, Pennsylvania, commanding them to have the body of **SHAWN C. SHARP** before this Judge at Courtroom No. 9C, Ninth Floor, United States Post Office and Courthouse, Seventh Avenue and Grant Street, Pittsburgh, Pennsylvania, for the purpose of a Non-Jury Trial scheduled to commence on October 16, 2007.  The United States

Marshal shall retain custody and then return him to the custody of the Warden of the State Correctional Facility at Dallas, Dallas, Pennsylvania.

                                      /S/ AMY REYNOLDS HAY
                                      AMY REYNOLDS HAY
                                      UNITED STATES MAGISTRATE JUDGE

cc:      Shawn C. Sharp
           BQ-8429
           SCI Dallas
           1000 Follies Road
           Dallas, PA 18612-0286

           Scott A. Bradley, Esquire
           Susan J. Forney, Esquire
           Office of the Attorney General
           564 Forbes Avenue
           6th Floor, Manor Complex
           Pittsburgh, PA 15219