IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Shawn C. Sharp
Plaintiff
   v.
Johnson, et al

Civil Action #00-2156

FILED
SEP 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION TO PRODUCE BOND AND OATH OF OFFICE

The plaintiff, Shawn Sharp, hereby proceeding Pro Se submits this motion to the Magistrate overseeing the action listed above, here produce certified copies of her OATH OF OFFICE AND PROOF OF BOND to the plaintiff.

The plaintiff, hereby has a right to demand said proof from an officer of the court and upon such demand, said officer/agent must produce their PROOF demonstrating that they are entrusted by the government of the United States of America to carry out the duties of said office and is in fact an agent/officer pledged to uphold the rights appointed to her by the government. The plaintiff hereby requests that the Magistrate produce the requested documents pursuant to Title 28 USCA 631, RCP 34 within 30 days of this motion and RCP 45.

dated: 9/15/07

Shawn Sharp
Shawn C. Sharp #BQ-8429
1000 Follies Road
Dallas, Pa. 18612