NAME *Shawn Sharp*
NUMBER *BQ8429*
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS



$00.410
09/19/2007
Mailed From 18612
US POSTAGE
Hasler

INMATE MAIL
PA DOC

Clerk of Courts for
The Western Dist. of Pa.
U.S. Postoffice & Courthouse
700 Grant St.
Pitt., Pa. 15219