FILED

SEP 2 0 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Shawn C. Sharp
Plaintiff, Pro Se

Civil Action #00-2156

v

Johnson, et. al

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff moves in this court for an order appointing new counsel
to represent them because they cannot afford an attorney or
adequately-represent themselves. This motion is based on
Plaintiff's affidavits in support of their motion for leave to
proceed in forma pauperis and for appointment of counsel.
Legal Authority for appointment and compensation of counsel is 28
USC sec 1915(d) and USC sec 3006A (g), as interpreted in McClain
v. Manson, 343 F. Supp 382 (D. Conn. 1972)

Dated: 9/15/07

Shawn Sharp

Shawn C. Sharp #SQ-8429
1000 Follies Road
Dallas, Pa. 18612