

NAME Shawn Sharp
NUMBER BQ8429
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612
INMATE MAIL
PA DEPT. OF CORRECTIONS

Clerk of Courts for
The Western Dist. of Pa.
U.S. Postoffice & Courthouse
700 Grant St.
Pitt., Pa. 15219