IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Shawn C. Sharp
Plaintiff

v

Civil Action #00-2156

Johnson, et al

**FILED**
SEP 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION FOR AN EXTENSION OF TIME

Shawn C. Sharp, hereby declares under penalty of perjury that:

I am a plaintiff in this matter, representing myself in propria personam.

Due to the requirements of fasting during the Holy Month of Ramadhaan, plaintiff avers that he cannot adequately prepare during the time of fasting and meeting a genuine religious obligation that is mandated by his faith while at the same time trying to prepare to represent himself for a trial.

Furthermore, plaintiff avers that he would be required to be moved to another prison while attempting to complete the fast, be placed in the hole in solitary confinement, and be denied access to the means to either adequately prepare or complete his religious obligation at the date that is currently scheduled.

Plaintiff further avers that he has not had access to the files of previous counsel, a complete copy of the docket, or adequate documents being held by the defendants to adequately present his case in such a short amount of time while trying to fulfill his

religious obligations at the same time. Therefore, an extension of 90 days is requested to adequately prepare form the date that said trial is currently set.

Dated: 9/15/07

*Shawn Sharp*

Shawn C. Sharp #BQ-8429
1000 Follies Road
Dallas, Pa. 18612

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Proof of Service

I do swear and affirm under penalty of perjury that a true and correct copy of plaintiff's attached motion for:
MOTION REQUESTING MAGISTRATES BOND AND OATH OF OFFICE
MOTION FOR APPOINTMENT OF COUNSEL
MOTION FOR EXTENSION OF TIME

were each sent to the following individuals via U.S. standard mail on 9/15/07.

Scott Bradley
Attorney General
6th Floor, Manor Complex
Pittsburgh, Pa. 15219

Clerk of Courts for the Western District of Pennsylvania
U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, Pa. 15219

Dated: 9/15/07

Shawn C. Sharp #BQ-8429
1000 Follies Road
Dallas, Pa. 18612