IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | Magistrate Judge Hay |
| Defendants. | ) | |
| | ) | |

ORDER

AND NOW, this 25th day of September, 2007, upon consideration of the Plaintiff's Motion to Produce Bond and Oath of Office (Doc. 124), IT IS HEREBY ORDERED that the motion is DENIED;

Further, upon consideration of plaintiff's Motion for Appointment of Counsel (Doc. 125), IT IS HEREBY ORDERED that the motion is DENIED.

Finally, upon consideration of plaintiff's Motion for Extension of Time (Doc. 126), and considering that the trial date in this seven year old case has already been postponed three times, the last time over three months ago without objection from plaintiff, and it being apparent from plaintiff's pretrial narrative statement that the few documents he intends to utilize at trial are attached to pleadings already filed in this case or are documents in the possession of the defendants, see Doc. 82, IT IS HEREBY ORDERED that the motion is DENIED.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:	Shawn C. Sharp
	BQ8429
	SCI-Dallas
	1000 Follies Road
	Dallas, PA 18612

	All counsel of record by Notice of Electronic Filing