NAME Shawn Sharp
NUMBER BQ8429
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS

INMATE MAIL
PA DOC

Hasler
$00.41⁰
10/01/2007
Mailed From 18612
US POSTAGE

Clerk of Courts For The
Western District of Pa.,
U.S. Post Office & Courthouse
P.O. Box 1805
Pitt., Pa., 15219