IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | Magistrate Judge Hay |
| Defendants. | ) | |
| | ) | |

NOTICE

AND NOW, this 9th day of October, 2007, the Court having been advised on October 5, 2007, that Anthony Wallace, a prospective witness for the Plaintiff at the trial of this case, is no longer in the custody of the Pennsylvania Department of Corrections, and the Court having ascertained today that Mr. Wallace was released from his sentence on December 27, 2006, and to the extent that Plaintiff still wishes to call Mr. Wallace as a witness, the Court gives NOTICE that it is Plaintiff's responsibility to secure Mr. Wallace's presence for trial pursuant to the manner previously noted in this Court's Pretrial Instructions to Pro Se Plaintiff, Dkt. [122], to wit, Plaintiff must serve on Mr. Wallace a trial subpoena, together with the fee for one day's attendance (currently, $40.00), see 28 U.S.C. § 1821(b), and the mileage allowed by law (currently, 48½ cents per mile), see 18 U.S.C. § 1821(c). Fed.R.Civ.P. 45(b)(1).

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:   Shawn C. Sharp

BQ8429
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

All counsel of record by Notice of Electronic Filing