IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | Magistrate Judge Hay |
| Defendants. | ) | |
| | ) | |

ORDER

AND NOW, this 9th day of October, 2007, IT IS HEREBY ORDERED that the Pennsylvania Department of Corrections shall make the following prisoners available to testify by videoconferencing on behalf of the Plaintiff at the trial of this action, which is set for October 16-18, 2007:

| | |
|---|---|
| Currently incarcerated at SCI-Dallas: | John Blount, #BJ3672 |
| | Dameon Brome, #AS2316 |
| | Troy Calhoun, #AY8968 |
| | Anthony Deloatch, #BH7546 |
| | |
| Currently incarcerated at SCI-Greene: | London Linton, #BT4978 |

Once each prisoner has testified, he will be excused from further participation in the balance of the trial.

IT IS FURTHER ORDERED that counsel for the Defendants shall ensure that, on or before October 11, 2007, a copy of this Order is provided to the Plaintiff and, consistent with Department of Corrections Policy Number 1.1.10, to the above-noted witnesses.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc: Shawn C. Sharp
BQ8429
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

All counsel of record by Notice of Electronic Filing