IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | } |
| Plaintiff, | } |
| | } No. 00-2156 |
| vs. | } |
| | } Magistrate Judge Hay |
| SUPERINTENDENT PHILLIP L. JOHNSON, et al., | } |
| Defendants. | } |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion for Leave to Present Testimony of Witness by Videoconference heretofore filed on behalf of the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Corrections Defendants may present the testimony of Corrections Defendant Mears and, if available, Corrections Defendant Moneck in this case by videoconference.

BY THE COURT:

AMY REYNOLDS HAY
United States Magistrate Judge

cc:   Shawn C. Sharp, BQ-8429

Scott A. Bradley, SDAG