IN THE DISTRICT COURT OF PENNSYLVANIA
WESTERN DISTRICT

SHAWN SHARP
    Plaintiff

v.    :    Case No. 00-2156

JEFFERY BEARD, et al
    Defendant

## MOTION TO EXPEDITE MOTION TO DISQUALIFY MAGISTRATE

The plaintiff, SHAWN SHARP hereby proceedin Pro Se, request that this court expedite a hearing for his Motion to Disqualify magistrate in the above action.

The plaintiff is seeking the removal of Magistrate A. hay from overseeing the action above for reasons mentioned within the Motion and his Affidavit in support, and is facing a trial date with said Magistrate set for the 16th of October.

Therefore, the plaintiff is seeking a stay of proceedings, and expedition of a hearing to settle this matter prior to the set trial date by this court.

*Shawn Sharp*
SHAWN SHARP