IN THE DISTRICT COURT OF PENNSYLVANIA
WESTERN DISTRICT

SHAWN SHARP
    Plaintiff

v.      Case No. 00-2156

JEFFERY BEARD, et al
    Defendant

2007 OCT 15 PM 3:29
CLERK
U S DISTRICT COURT

## MOTION TO DISQUALIFY MAGISTRATE

The plaintiff, SHAWN SHARP, hereby proceeding Pro Se, submits this Motion to Disqualify Magistrate for the court to consider pursuant to Title 28 USCA 144 and Sec. 455. The plaintiff filed his Affidavit of Bias or Prejudice of Judge in support of this motion. The plaintiff hereby believes that Magistrate A. Hay has denied him constitutionally protected rights, rights supported by the Federal Rules of Civil Procedure, engaged in fraudulent misrepresentation of the facts to a Federal Judge who reviewed petitioners objections, is presently the object of a civil action filed by the plaintiff for her to produce her Bond and Oath of Office, and is biased and unable to oversee the matter fairly and justly.

Therefore, for the foregoing reason, the plaintiff hereby request that the Magistrate A. Hay be removed from this action and all proceedings suspended pending review and determination on the matter.

*Shawn Sharp*
SHAWN SHARP