Shawn Sharp  BQ8429
175 Progress Drive
Waynesburg, PA 15370

Western Dis. **INMATE MAIL**
Clerk of Courts **PA DEPT**
P.O.B. 1805 **OF CORRECTIONS**
Pitts., Pa. 15219



02 1A
0004377075
MAILED FROM ZIP CODE 15370
UNITED STATES POSTAGE
$00.58
OCT 12 2007
PITNEY BOWES