IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | |
| | ) | Magistrate Judge Hay |
| Defendants. | ) | |
| | ) | |

ORDER

AND NOW, this 16th day of October, 2007, upon consideration of the Plaintiff's Motion to Expedite Motion to Disqualify Magistrate, IT IS HEREBY ORDERED that the motion is GRANTED.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:  Shawn C. Sharp
 BQ8429
 SCI-Dallas
 1000 Follies Road
 Dallas, PA 18612

All counsel of record by Notice of Electronic Filing

Additional hard copy to be provided to all parties/counsel in court at trial of the action on October 16, 2007.