IN THE DISTRICT COURT OF PENNSYLVANIA
WESTERN DISTRICT

SHAWN SHARP        :
  Plaintiff        :
            :
     v.      : Case No. 00-2156
            :
JEFFERY BEARD, et al    :
  Defendant      :

## MOTION TO DISQUALIFY MAGISTRATE

  The plaintiff, SHAWN SHARP, hereby proceeding Pro Se, submits this Motion to Disqualify Magistrate for the court to consider pursuant to Title 28 USCA 144 and Sec. 455. The plaintiff filed his Affidavit of Bias or Prejudice of Judge in support of this motion. The plaintiff hereby believes that Magistrate A. Hay has denied him constitutionally protected rights, rights supported by the Federal Rules of Civil Procedure, engaged in fraudulent misrepresentation of the facts to a Federal Judge who reviewed petitioners objections, is presently the object of a civil action filed by the plaintiff for her to produce her Bond and Oath of Office, and is biased and unable to oversee the matter fairly and justly.

  Therefore, for the foregoing reason, the plaintiff hereby request that the Magistrate A. Hay be removed from this action and all proceedings suspended pending review and determination on the matter.

                      _/s/ Shawn Sharp_
                      SHAWN SHARP

## PROOF OF SERVICE

I SHAWN SHARP, hereby state that on this day, I have deposited copies of the attached Motion in the US MAIL SYSTEM pursuant to the rules of service via first class mail to the parties listed below:

### SERVICE VIA FIRST CLASS MAIL TO:

~~MAGISTRATE A HAY~~
~~US WESTERN DISTRICT COURT~~
~~POB 1805~~
~~PITTSBURGH, PA 15219~~

Clerk of Courts
Western Dist. of Pa.
P.O. Box 1805
Pitt., Pa. 15230

ATTORNEY GENERAL
6TH FLOOR MANOR
564 FORBES AVENUE
PITTSBURGH, PA 15219

*Shawn Sharp*
SHAWN SHARP
BO 3429
1000 FOLLIES DR.
DALLAS, PA 18612

DATE: 9/30/07