IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                        )
                                       )
            Plaintiff,                 )
                                       )
     vs.                               )         Civil Action No. 00-2156
                                       )
SUPER. JOHNSON, et al.,                )
                                       )         Magistrate Judge Hay
            Defendants.                )
                                       )

ORDER

AND NOW, this 16th day of October, 2007, upon consideration of the Plaintiff's Motion

to Disqualify Magistrate, IT IS HEREBY ORDERED that the motion is DENIED for the reasons

set forth in the Orders denying Plaintiff's previous motions for recusal on the same grounds.  See

Dkt. [115] and [135].


                                            /s/ *Amy Reynolds Hay*
_____  United States Magistrate Judge



cc:    Shawn C. Sharp
       BQ8429
       SCI-Dallas
       1000 Follies Road
       Dallas, PA 18612

       All counsel of record by Notice of Electronic Filing

       Additional hard copy to be provided to all parties/counsel in court at trial of the action on
October 16, 2007.