# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN SHARP | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 00-2156 |
| | ) |
| JEFFERY BEARD, et al. | ) |
| | ) |
| Defendant | ) |

Non-Jury Trial held before Magistrate Judge Amy Reynolds Hay

Shawn Sharp                                    Scott Bradley, Esquire

Appear for Plaintiff                           Appear for Defendant

Hearing began 10/16/2007 at 9:45 A.M. & recessed at 4:00 P.M.
Hearing adjourned to 10/17/2007 at 11:00 A.M. & recessed at 4:30 P.M.
Hearing adjourned to 10/18/2007 at 9:30 A.M. & concluded at 2:30 P.M.

Court Reporter: Julie Kienzle

Defense counsel made motion for partial Rule 50 motion on 10/18/2007. Motion taken under advisement by the Court. Order to be entered giving deadlines for proposed findings of fact and conclusions of law.