✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

SHAWN SHARP

V.

JEFFERY BEARD, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  C.A. 00-2156

| PRESIDING JUDGE<br>AMY REYNOLDS HAY | PLAINTIFF'S ATTORNEY<br>PLAINTIFF IS PRO SE | DEFENDANT'S ATTORNEY<br>SCOTT BRADLEY, ESQUIRE |
|---|---|---|
| TRIAL DATE (S)<br>10/16/2007-10/18/2007 | COURT REPORTER<br>JULIE KIENZLER | COURTROOM DEPUTY<br>DIANE GALOVICH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/16/07 | X | X | RELIGIOUS ACCOMMODATION REQUEST. |
| 2 | | 10/16/07 | X | X | POLICY 819 (&SUPPLEMENTS) |
| 3 | | 10/16/07 | X | X | REQUEST SLIPS & RESPONSES FROM 12/1/99-12/10/99 |
| 4 | | 10/16/07 | X | X | GRIEVANCE #PIT-0997-99 & RESPONSES. |
| 5 | | 10/16/07 | X | X | P.R.C. REVIEW SHEET |
| 6 | | 10/16/07 | X | X | AL-AQUEEDA AT-TAWHEED, LESSON ONE, PART 1 |
| 8 | | 10/16/07 | X | X | GRIEVANCE OVER VIDEOTAPE 11/8/02 |
| 7 | | 10/16/07 | X | X | INMATE REQUEST TO STAFF 11/5/02. |
| 9 | | 10/16/07 | X | X | MEMO DATED 12/18/2007 FROM FATHER MONECK. |
| 10 | | 10/16/07 | X | X | GRIEVANCE #39662 |
| 11 | | 10/16/07 | X | X | PLAINTIFF'S REQUEST TO STAFF MEMBER DATED 10/28/2002. |
| 12 | | 10/16/07 | X | X | HAIR EXEMPTION DOCUMENTS DATED 3/29/01. |
| 13 | | 10/16/07 | X | X | CONFISCATION OF RELIGIOUS MATERIALS GRIEVANCE. |
| 14 | | 10/1607 | X | X | GRIEVANCE #29776. |
| 15 | | 10/16/07 | X | X | INMATE REQUEST TO STAFF MEMBER DATED 10/28/2002. |
| 16 | | 10/16/07 | X | X | INMATE REQUEST TO STAFF DATED 3/10/01. |
| 17 | | 10/16/07 | X | | POLICY STATEMENT RE: HYGIENE & GROOMING (OBJECTED TO & SUST.) |
| | A | 10/17/07 | X | X | DC ADMINISTRATIVE 819 RE: "RELIGIOUS ACTIVITIES" |
| | B | 10/17/07 | X | X | COVER LETTER TO RELIGIOUS ACCOMODATION FORM & VOTE SHEET. |
| | C | 10/17/07 | X | X | LETTER TO SHARP RE: OUTCOME OF ACCOMODATION REQUEST. |
| 18 | | 10/17/07 | X | X | ADDT'L RESPONSE TO GRIEVANCE #PITT-099-799 (EXH. #4) 12/31/99. |
| 19 | | 10/17/07 | X | X | PLAINTIFF'S APPEAL TO GRIEVANCE # PITT-099-799 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  2        Pages