AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| SHAWN SHARP | vs. | JEFFERY BEARD, et al. | CASE NO. C.A. 00-2156 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 10/17/07 | X | X | DC ADM 801 ATTACHMENT A (LIST OF CHARGES) |
| 21 | | 10/18/07 | X | X | TRANSFER PETITION FROM SCI PGH TO SCI GREENE. |
| 22 | | 10/18/07 | X | X | PAMPHLET ON ISLAMIC STUDIES. |
| | D | 10/18/07 | X | X | INMATE QUERY - CELL HISTORY BQ 8429 |

Page 2 of 2 Pages