# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   PENNSYLVANIA

SHAWN SHARP

V.

JEFFERY BEARD, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: C.A. 00-2156

| PRESIDING JUDGE<br>AMY REYNOLDS HAY | PLAINTIFF'S ATTORNEY<br>PLAINTIFF IS PRO SE | DEFENDANT'S ATTORNEY<br>SCOTT BRADLEY, ESQUIRE |
|---|---|---|
| TRIAL DATE (S)<br>10/16/2007-10/18/2007 | COURT REPORTER<br>JULIE KIENZLE | COURTROOM DEPUTY<br>DIANE GALOVICH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/16/07 | | | Plaintiff sworn in and testified and cross-examined. |
| | | 10/16/07 | | | Plaintiff witness John Blount & cross examined (testimony thru videoconferencing) |
| | | 10/16/07 | | | Plaintiff witness Dameon Brome (testimony thru videoconferencing) |
| | | 10/16/07 | | | Plaintiff witness Troy Calhoun & cross-examined. (Testimony thru videoconferencing) |
| | | 10/16/07 | | | Plaintiff witness Anthony Deloatch. (Testimony thru videoconferencing) |
| | | 10/16/07 | | | Plaintiff witness London Linton (testimony thru videoconferencing) |
| | | 10/16/07 | | | Defense witness - Father William Terza, cross-examined, redirect & re-cross. |
| | | 10/17/07 | | | Defense witness George Moneck & cross-examined. |
| | | 10/17/07 | | | Defense witness Tanko Ibrahim & cross-examined. |
| | | 10/17/07 | | | Defense witness Rhoda A. Winstead & cross-examined. |
| | | 10/17/07 | | | Defense witness Phillip L. Johnson & cross-examined. |
| | | 10/17/07 | | | Defense witness Jean Mears & cross-examined. |
| | | 10/17/07 | | | Defense witness Joel Dickson and cross-examined. |
| | | 10/17/07 | | | Defense witness Mark A. Krysevig, cross-examined, re-direct & re-cross. |
| | | 10/17/07 | | | Defense witness William S. Stickman & cross-examined. |
| | | 10/18/07 | | | Defense witness William S. Stickman's testimony continues. |
| | | 10/18/07 | | | Defense witness Inbam Abu Bakar Muhammad & cross-examined. |
| | | 10/18/07 | | | Defense witness Brian V. Coleman & cross-examined. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages