```
TO USMS W/PA - PITTSBURGH        9/14/07
TO SCI DALLAS ATTN: RECORDS      9/14/07     7160 3901 9846 0403 0483
TO DEPARTMENT OF JUSTICE         9/14/07     7160 3901 9846 0403 0490
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ORIGINAL**

SHAWN C. SHARP

VS.                                    Civil No. 00-2156

SUPERINTENDENT JOHNSON, et al.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania      SS:

TO: U.S. Marshal, Western District of Pennsylvania
    WARDEN, S.C.I. at DALLAS, DALLAS, PENNSYLVANIA

GREETING:

WHEREAS, the United States District Court for the Western District of Pennsylvania, on September 12, on an Order of United States District Court, Amy Reynolds Hay made an order permitting the issuance of this writ, now by virtue thereof,

WE COMMAND YOU, in the name and by authority aforesaid that
                    SHAWN C. SHARP, BQ-8429
be under your custody detained by whatever name he may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on October 16, 2007, at 9:00 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the United States, or show cause why the said person cannot be produced.

When the said SHAWN C. SHARP, BQ-8429 is no longer needed as a witness before this Court, he shall be returned to WARDEN, S.C.I. at DALLAS, DALLAS, PENNSYLVANIA

AND have you then and there this Writ.

   WITNESS, the Honorable Amy Reynolds Hay
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 14th, day of September, 2007

_____
              Clerk of Court

I hereby certify and return this writ in full for the in-named SHAWN SHARP. He was produced for all said proceedings and returned at the conclusion of proceedings on OCTOBER 18, 2007.

Thomas Fitzgerald
U.S. Marshal W/PA

*[signature]*
JDUSM W/PA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORIGINAL

| | |
|---|---|
| SHAWN C. SHARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 00-2156 |
| ) | Mag. Judge Amy Reynolds Hay |
| SUPER. JOHNSON, DEPUTY SUPER. ) | |
| KRYSEVIG, DEPUTY SUPER. ) | |
| DICKSON, DEPUTY SUPER. ) | |
| STICKMAN, RHODA WINSTEAD, ) | |
| Prog. Man., FATHER TURSA, ) | |
| Chaplain, TANKO IBRAHIYM, ) | |
| Chaplain, SUPERINTENDENT ) | |
| CONNER BLAIN, DEPUTY ) | |
| SUPERINTENDENT PAUL ) | |
| STOWITZKY, DEPUTY ) | |
| SUPERINTENDENT JOHN MILLER, ) | |
| CAPTAIN COLEMAN, LIEUTENANT ) | |
| FISHER, MAJOR MALVIN LOCKETT, ) | |
| LIEUTENANT MATCUS, ) | |
| LIEUTENANT BLAKEY, JEAN A. ) | |
| MEARS, CHAPLAIN GEORGE J. ) | |
| MONECK and CHAPLAIN IHMAM ) | |
| MUHAMMED, ) | |
| Defendants. ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW, this 12th day of September, 2007,

IT IS HEREBY ORDERED AND DIRECTED that the Clerk of Court issue a writ of habeas corpus ad testificandum directed to the United States Marshal at Pittsburgh and the Warden of the State Correctional Facility at Dallas, Dallas, Pennsylvania, commanding them to have the body of **SHAWN C. SHARP** before this Judge at Courtroom No. 9C, Ninth Floor, United States Post Office and Courthouse, Seventh Avenue and Grant Street, Pittsburgh, Pennsylvania, for the purpose of a Non-Jury Trial scheduled to commence on October 16, 2007. The United States

Marshal shall retain custody and then return him to the custody of the Warden of the State Correctional Facility at Dallas, Dallas, Pennsylvania.

/S/ AMY REYNOLDS HAY
AMY REYNOLDS HAY
UNITED STATES MAGISTRATE JUDGE

cc:   Shawn C. Sharp
      BQ-8429
      SCI Dallas
      1000 Follies Road
      Dallas, PA 18612-0286

      Scott A. Bradley, Esquire
      Susan J. Forney, Esquire
      Office of the Attorney General
      564 Forbes Avenue
      6th Floor, Manor Complex
      Pittsburgh, PA 15219