IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-2156 |
| | ) | |
| SUPER. JOHNSON, et al., | ) | Magistrate Judge Amy Reynolds Hay |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

AND NOW, this 30th day of October, 2007, IT IS HEREBY ORDERED that the stenographically recorded proceedings in the non-jury trial of this action shall be transcribed and filed at the joint expense of the parties, with plaintiff's share of the cost to be paid by the United States government inasmuch as he was granted *in forma pauperis* status in this case.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:   Shawn C. Sharp
      BQ-8429
      SCI Dallas
      1000 Follies Road
      Dallas, PA 18612-0286

      All counsel of record by Notice of Electronic Filing

      Finance Section, Clerk of Courts

      Court Reporter