In The United States District Court
of The Western District of Pennsylvania

Shawn C. Sharp

vs.

Johnson, et. al

Civil Action: #CA00-2156

Magistrate A. R. Hay

Motion For Temporary Restraining Order
and Preliminary Injunction

Plaintiff Shawn C. Sharp hereby moves this court to issue a Restraining Order and Injunction against the Defendants, their Superiors, agents, or successors in office, and all persons acting in concert, and participation with them, from interfering with or harassing him for pursuing his Constitutional Rights under the First and Fourteenth Amendments.

Plaintiff moves this court to issue an injunction ordering the immediate return of plaintiff back to the custody of SCI Dallas. This being requested to prevent further harrassment in the form of denial of medical treatment, terroristic threats, denial of basic hygenic amenities, denial of basic Administrative Custody privileges.

Plaintiff asks the Defendants be restrained from denying the above mentioned basic necessities afforded to any human being (or that should be) in the custody of the D.O.C.

In The United States District Court
For The Western District of Pennsylvania

Shawn Sharp
   v.
Johnson, et al.

Civil Action #00-2156
Magistrate A.R. Hay.

Declaration In Support of Plaintiff's Motion
For A Temporary Restraining Order and Preliminary
Injunction:

Shawn C. Sharp, hereby declares under the penalty of perjury that the following is true and correct, based upon my personal knowledge:

1.) Since arriving in the Custody of SCI Green pursuant to the order of Magistrate Judge Amy Reynolds Hay, I have been repeatedly denied medical treatment as a form of harrassment and retaliation by the defendants, their, agents, and successors, for pursuing the above cited civil action.

2.) This behavior was reported to the court and on one occassion, trial had to be stopped/postponed until the plaintiff could be given medication he had been denied since being in the custody of defendants for trial.

3.) Upon completion of trial, plaintiff is again being denied any medical treatment even though he has repeatedly

requested treatment in accordance with the policies and procedures of the Dept. of Corrections.

4.) Plaintiff requested of Court that he be expedited out of the custody of Def. at SCI Green and Attorney General also requested this, but the Defendants have delayed intentionally in returning him to his assigned institution so that he can be left confined in the RHU (Restrictive Housing Unit) on Administrative Custody as a means of punishment.

5.) Agents & Coworkers of the Defendants have repeatedly threatened plaintiff for his legal pursuits while in the R.H.U.

6.) Plaintiff has been denied any privileges to purchase basic hygene items, or be issued any free of charge since he is not indigent.

7.) Plaintiff is being treated as a Disciplinary Status inmate solely for his legal pursuits.

8.) Plaintiff is harrassed daily by R.H.U. officers Gasco, Basinger, Anderson, Gagnon, Flemming, Remner, and other 2-10 shift staff on H-Pod of the R.H.U.

9.) Plaintiff has written to the Superintendant, Deputy Super.,

R.H.U. Captains, etc. informing them of this with the situation only worstening.

10.) Plaintiff wrote the Presiding Judge A.R. Hay and the Attorney General with no action being taken to protect the plaintiff from such abuse.

11) Plaintiff has also suffered financial losses from continued confinement in the R.H.U. in over a months pay which for a prisoner with a set income who is dependent on that pay for daily needs, is dramatic and will only worsen as plaintiff is confined for a longer period.

12) For the reasons set forth above, plaintiff is entitled to protection by the court in the form of the requested relief:
   Temporary Restraining Order / Injunction Ordering an Immediate Transfer Back To SCI Dallas

Respectfully Submitted;
*Shawn Sharp*
Shawn Sharp
175 Progress Drive
Waynesburg, Pa. 15370