IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN C. SHARP, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 00-2156 |
| SUPER. JOHNSON, et al., | ) ) | Magistrate Judge Amy Reynolds Hay |
| Defendants. | ) ) | |

ORDER

AND NOW, this 29th day of November, 2007, upon consideration of the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, IT IS HEREBY ORDERED that the motion is DENIED as moot inasmuch as the motion concerned actions occurring at SCI-Greene where Plaintiff had been temporarily housed for trial and the Court has been advised that Plaintiff is no longer housed at SCI-Greene and has been returned to SCI-Dallas.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:  Shawn C. Sharp
     BQ-8429
     SCI Dallas
     1000 Follies Road
     Dallas, PA 18612-0286

     All counsel of record by Notice of Electronic Filing