IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
SHAWN C. SHARP,                    )
                                   )
          Plaintiff,               )
                                   )
     vs.                           ) Civil Action No. 00-2156
                                   ) Magistrate Judge Amy Reynolds Hay
SUPER. JOHNSON, DEPUTY SUPER.      )
KRYSEVIG, DEPUTY SUPER.            )
DICKSON, DEPUTY SUPER.             )
STICKMAN, RHODA WINSTEAD,          )
Prog. Man., FATHER TURSA,          )
Chaplain, TANKO IBRAHIYM,          )
Chaplain, SUPERINTENDENT           )
CONNER BLAIN, DEPUTY               )
SUPERINTENDENT PAUL                )
STOWITZKY, DEPUTY                  )
SUPERINTENDENT JOHN MILLER,        )
CAPTAIN COLEMAN, LIEUTENANT        )
FISHER, MAJOR MALVIN LOCKETT,      )
LIEUTENANT MATCUS,                 )
LIEUTENANT BLAKEY, JEAN A.         )
MEARS, CHAPLAIN GEORGE J.          )
MONECK and CHAPLAIN IHMAM          )
MUHAMMED,                          )
                                   )
          Defendants.              )
```

O R D E R

AND NOW, this 13th day of December, 2007;

IT IS HEREBY ORDERED that the parties shall file with the Court the Proposed

Findings of Fact and Conclusions of Law as required by Rule 52 of the Federal Rules of Civil

Procedure on or before January 14, 2008.


/S/ AMY REYNOLDS HAY
AMY REYNOLDS HAY
UNITED STATES MAGISTRATE JUDGE

cc:  Shawn C. Sharp
     BQ-8429
     SCI Dallas
     1000 Follies Road
     Dallas, PA 18612-0286

     Scott A. Bradley, Esquire
     Susan J. Forney, Esquire
     Office of the Attorney General
     564 Forbes Avenue
     6th Floor, Manor Complex
     Pittsburgh, PA 15219