IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP
(Plaintiff)

vs.

SUPERINTENDENT PHILLIP .
JOHNSON, et al.,
(Defendants)

## MOTION FOR EXTENSION OF TIME

The Plaintiff Shawn C. Sharp, proceeding Pro Se, hereby request that this court grant him an extension of time of 60 days to file Findings of Fact and Conclusions of Law as required by Rule 52 of the Federal Rules of Civil Procedure as requested by Magistrate Judge Amy Reynolds Hay for the following reasons:

1. During transport from SCI Green to Dallas, on 11/19/07, plaintiff was involved in an automobile accident through no fault of his own.

2. Plaintiff was held in SCI Green's medical department after the accident and then transported again on 11/20/07 to SCI Dallas.

3. On 11/21/07 the plaintiff was admitted to SCI Dallas' hospital for treatment of injuries he sustained subsequent to the automobile accident.

4. On or about 12/15/07, plaintiff had to be readmitted to SCI Dallas' hospital due to further complications with the injuries he sustained as a result of the accident on 11/19/07.

5. Plaintiff, at the time of this request is "still" being held in the SCI Dallas' hospital undergoing treatment for his injuries and awaiting transport to SCI Smithfield to have MRI testing for nerve damage followed by further hospitilization for necessary treatments thereafter.

6. This court has ordered the above cited documents to be filed on January 14, 2008 while plaintiff does not have access to his property while in the hospital.

7. Plaintiff does not have have access to a Law Library while being confined in SCI Dallas' Hospital.

8. Plaintiff is being treated for valid medical injuries that have necessitated him being confined in the hospital, and being

transported to another institution to be sent to an outside hospital for further treatment under the orders of a DOC Doctor so that he can be adequately treated for the injuries he sustained and not per some elective request.

9. Plaintiff, due to security concerns, cannot be told when he will be transported or when he will be returned back to SCI Dallas' hospital for the above scheduled testing (MRI).

10. Plaintiff does not know if he will be held after completion of the testing for further treatment in accordance with the results of said testing.

11. Since the plaintiff does not have access to all of his notes and documents as well as being physically injured and confined without access to his property, requiring plaintiff to produce the above requested documents since he doesn't have the means to do so at this time would be prejudicial.

12. Plaintiff is under the assistance in this present motion from another inmate who was willing to assist him in producing this motion in order to preserve his rights and claims before the court.

13. The plaintiff has not previously requested an extension of time on the above cited motions.

14. Granting the plaintiff's request will not prejudice the defendants in any form.

   Wherefore, the plaintiff hereby prays that this court will grant his request for a 60 day extension of time to file the above requested motions.

Shawn Sharp #BQ-8429

_____
Date: 12-31-07

cc: Magistrate Judge Amy Reynolds Hay
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, Pa. 15219

Scott A. Bradley, Esquire
Susan J. Forney, Esquire
Office of the Attorney General
564 Forbes Ave.
6th Floor, Manor Complex
Pittsburgh, Pa. 15219