IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 00-2156 |
| | ) Magistrate Judge Amy Reynolds Hay |
| SUPER. JOHNSON, et al., | ) |
|     Defendants. | ) |

ORDER

AND NOW, this 11th day of January, 2008, upon consideration of the plaintiff's Motion for Extension of Time to file Proposed Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED that the motion is GRANTED and plaintiff shall have until March 14, 2008, to file same. No further extension of time will be granted.

                    /s/ *Amy Reynolds Hay*
                    United States Magistrate Judge

cc:    Shawn C. Sharp
       BQ-8429
       SCI Dallas
       1000 Follies Road
       Dallas, PA 18612-0286

       All counsel of record by Notice of Electronic Filing