**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAWN C. SHARP, } | |
| } | |
| Plaintiff, } | |
| } | No. 00-2156 |
| vs. } | |
| } | Magistrate Judge Hay |
| SUPERINTENDENT PHILLIP L. } | |
| JOHNSON, et al., } | |
| } | |
| Defendants. } | |

**MOTION FOR ENLARGEMENT OF TIME**

AND NOW, come the defendants, Johnson, Krysevig, Dickson, Stickman, Winstead, Terza, Ibrahiym, Coleman, Mears, Moneck and Mohammed ("the Corrections Defendants"), by their attorneys, Attorney General, Scott A. Bradley, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and move for an enlargement of time within which to submit Findings of Fact and Conclusions of Law in the above captioned case:

1. This case was the subject of a three day bench trial on October 16-18, 2007.

2. On December 13, 2007, this Court directed the parties to submit Findings of Fact and Conclusions of Law by January 14, 2008.

3. Undersigned counsel for the Corrections Defendants is in the process of reviewing the trial transcripts and exhibits, and preparing Findings of Fact and Conclusions of Law on behalf of the Corrections Defendants.

4. Nevertheless, additional time is yet required to complete the Findings of Fact and Conclusions of Law on behalf of the Corrections Defendants.

5. Within the preceding thirty days, undersigned counsel has had to prepare for a jury trial in the case of *Brown vs. Bovo*, No. GD-02-005523, which is scheduled to begin January 22, 2008, in the Court of Common Pleas of Allegheny County, Pennsylvania.

6. Additionally, due to the illness of another Deputy Attorney General, undersigned counsel has had several cases reassigned which required immediate action within the preceding thirty days.

7. This request is not intended to cause prejudice to any party in this matter and it is not believed that prejudice would result if this request were granted. Indeed, Plaintiff has independently requested an extension of time within which to submit Findings of Fact and Conclusions of Law on his behalf.

WHEREFORE, the Corrections Defendants respectfully request an enlargement of time of thirty (30) days, or until February 13, 2008, within which to submit Findings of Fact and Conclusions of Law.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-3586
Fax:    (412) 565-3019

   s/ Scott A. Bradley
Scott A. Bradley
Senior Deputy Attorney General
Attorney I.D. No. 44627

Susan J. Forney
Chief Deputy Attorney General

Date: January 11, 2008