### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | } |
| Plaintiff, | } |
| | } No. 00-2156 |
| vs. | } |
| | } Magistrate Judge Hay |
| SUPERINTENDENT PHILLIP L. JOHNSON, et al., | } |
| Defendants. | } |

### ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the Motion for Enlargement of Time heretofore filed on behalf of the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall have until February 13, 2008, within which to submit Findings of Fact and Conclusions of Law in this matter.

BY THE COURT:

_____
AMY REYNOLDS HAY
United States Magistrate Judge