# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP,                     }
                                    }
    Plaintiff,  }
                                    }    No. 00-2156
    vs.        }
                                    }    Magistrate Judge Hay
SUPERINTENDENT PHILLIP L.           }
JOHNSON, et al.,                    }
                                    }
    Defendants. }

## ORDER

AND NOW, this *14th* day of *January*, 2008, upon consideration of the Motion for Enlargement of Time heretofore filed on behalf of the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall have until February 13, 2008, within which to submit Findings of Fact and Conclusions of Law in this matter.

BY THE COURT:

AMY REYNOLDS HAY
United States Magistrate Judge