IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, } | |
| } | |
| Plaintiff, } | |
| } | No. 00-2156 |
| vs. } | |
| } | Magistrate Judge Hay |
| SUPERINTENDENT PHILLIP L. } | |
| JOHNSON, et al., } | |
| } | |
| Defendants. } | |

**MOTION FOR ENLARGEMENT OF TIME**

AND NOW, come the defendants, Johnson, Krysevig, Dickson, Stickman, Winstead, Terza, Ibrahiym, Coleman, Mears, Moneck and Muhammad ("the Corrections Defendants"), by their attorneys, Attorney General, Scott A. Bradley, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and move for an enlargement of time within which to submit Findings of Fact and Conclusions of Law in the above captioned case:

1. This case was the subject of a three day bench trial on October 16-18, 2007.

2. On December 13, 2007, this Court directed the parties to submit Findings of Fact and Conclusions of Law by January 14, 2008. However, pursuant to a previous extension granted, the Corrections Defendants were directed to submit Findings of Fact and Conclusions of Law by February 13, 2008.

3. Due to the inclement weather of the previous two days, undersigned counsel for the Corrections Defendants has been unable to complete the Findings of Fact and Conclusions of Law to be submitted on behalf of the Corrections Defendants. Therefore, undersigned counsel

seeks a brief extension of two (2) days within which to submit Findings of Fact and Conclusions of Law.

    4.  This request is not intended to cause prejudice to any party in this matter and it is not believed that prejudice would result if this request were granted.  Indeed, Plaintiff has independently received an extension of time within which to submit Findings of Fact and Conclusions of Law on his behalf.

    WHEREFORE, the Corrections Defendants respectfully request an enlargement of time of two (2) days, or until February 15, 2008, within which to submit Findings of Fact and Conclusions of Law.

    Respectfully submitted,

    THOMAS W. CORBETT, JR.
    Attorney General

| | |
|---|---|
| |   s/ Scott A. Bradley |
| Office of Attorney General | Scott A. Bradley |
| 6th Floor, Manor Complex | Senior Deputy Attorney General |
| 564 Forbes Avenue | Attorney I.D. No. 44627 |
| Pittsburgh, PA 15219 | |
| Phone: (412) 565-3586 | Susan J. Forney |
| Fax:   (412) 565-3019 | Chief Deputy Attorney General |

Date:  February 13, 2008