**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHAWN C. SHARP,                      }
                                     }
            Plaintiff,               }
                                     }   No. 00-2156
            vs.                      }
                                     }   Magistrate Judge Hay
SUPERINTENDENT PHILLIP L.            }
JOHNSON, et al.,                     }
                                     }
            Defendants.              }

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of the

Motion for Enlargement of Time heretofore filed on behalf of the Corrections Defendants, **IT IS**

**HEREBY ORDERED** that said Motion is **GRANTED**.  The Corrections Defendants shall have

until February 15, 2008, within which to submit Findings of Fact and Conclusions of Law in this

matter.

BY THE COURT:

_____
AMY REYNOLDS HAY
United States Magistrate Judge