IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | } |
| Plaintiff, | } } } No. 00-2156 |
| vs. | } } Magistrate Judge Hay |
| SUPERINTENDENT PHILLIP L. JOHNSON, et al., | } } } |
| Defendants. | } |

## ORDER

AND NOW, this _15th_ day of _February_, 2008, upon consideration of the Motion for Enlargement of Time heretofore filed on behalf of the Corrections Defendants, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall have until February 15, 2008, within which to submit Findings of Fact and Conclusions of Law in this matter.

BY THE COURT:

_____
AMY REYNOLDS HAY
United States Magistrate Judge