**PLAINTIFF'S EXHIBIT**

**SUPPLEMENT**

**DC-135A**

RECEIVED
SCI-PITTSBURGH
DEC 03 1999
SUPERINTENDENT
ASSISTANT II

**INMATE'S REQUEST TO STAFF MEMBER**

A-434

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) | 2. DATE |
|---|---|
| Superintendant Johnson | 12/1/99 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Shawn Sharp #BQ8429 | Branthoover |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| Athletic | [redacted] |

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.**

On 11/28/99 a meeting was held with Deputy Super. Krysevigh, Ms. R. Winstead, Tanko Ibrahiym & The Islamic Chaplain in which The Ahlus Sunnah Wal Jama'ah's Request for Religious Accommodation was brought up. It was acknowledged that this request was filed in accordance with Policy 819 and that each staff member above-mentioned got a copy. It was also admitted by Deputy Super. Krysevigh that "We Dropped The Ball" and did not follow said policy by processing it, reading it or responding to it. I was threatened with our comm. not being permitted to attend any religious services or being locked up if I kept raising this issue. The latter has occured and is in contradiction to policy which states clearly that no inmate shall be retalliated against for following the guidelines set forth in the Handbook. This is not to mention that this request was also forwarded to you and we discussed this matter. I am requesting that this matter be addressed since it is in compliance with policy and I have not broken any rules in seeking to have it carried out. Our community has been denied passes, been told we must pray behind a person not of our denomination which invalidates our prayer just as would be the case with a Protestant leading Mass for Catholics. Again I am asking that our comm. not be denied religious services comiserate with our denomination of Islam just as The Moors, N.O.I., & Masjidullah Comm. and that all retalliation for following policy cease & desist against me and those of my comm.

**8. DISPOSITION:** (DO NOT WRITE IN THIS SPACE)

12/6/99

Mr. Sharp:

This issue is being looked into.

P.L. Johnson

☐ TO DC-14 CAR ONLY     ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| | |

Date: 12-29-99

To: Superintendent Johnson

From: Shawn Sharp #BQ8429

Quarters: A2-434

Subject: Appeal of Grievance #PIT-0997-99

I am appealing the initial review of the above numbered Grievance for the following reasons.

1.) ADM Policy 819 & supplements 1-3 clearly allow a Group Request for religious accommodation. The lack of the respondents having read said policy clearly manifests why this request laid unanswered. Furthermore, I was instructed by Chaplain Tanko Ibrahiym to inform each person of our Islamic Denomination to file an individual request slip which was done by 40 individuals of our faith. Thus, compliance both ways had clearly been met.

2.) The Chaplaincy Dept. "was" forwarded a copy of said request for religious accommodation and never filed it or even new what to do with it. This was admitted by all present at said meeting. Because of this incorrect handling of said paperwork the Deputy said, "We dropped the ball!"

3.) This response also does not address the fact that I was threatened with being locked up for attempting to get said religious accommodation, "and", was locked "P" on Admin. Custody for attending a Ta'leem service. Also, I was told by the Deputy to tell my "Group" not to come to the Ta'leem service. Therefore, it is untrue that Ta'leem is open for everyone. I am requesting that my request and the individual requests that were filed by all those 40 inmates be honored as being in compliance with policy and that all intimidation tactics to impede said request cease.

Thank You;

S. Sharp

RECEIVED
SCI-PITTSBURGH
JAN 0 4 2000
SUPERINTENDENT
ASSISTANT II

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

**1. TO: (NAME AND TITLE OF OFFICER)** Deputy Super. Kysevigh

**2. DATE** 12/1/99

**3. BY: (INSTITUTIONAL NAME AND NUMBER)** Shawn Sharp BQ8429

**4. COUNSELOR'S NAME** Branthoover

**5. WORK ASSIGNMENT** Athletic

**6. QUARTERS ASSIGNMENT** A-Pod 2 Cell 220

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.**

Mr. Krysevigh; As per "your" order I was locked down on A.C. because of my legitimate presentation of our Request for Religious Accom. in complete compliance with your policies. Furthermore, I have violated no rules in the Inmate Handbook or direct orders by Staff. So your only reason for locking me down is to attempt to impede our valid request and to prevent my constitutional right to freedom of Religion. I am again requesting that you comply with the Policy set forth in the Handbook and respond to our request. I care nothing about your retalliatative lock down, I only ask that you follow the Proceddure in processing our request. You, Ms. R. Winstead, Mr. Ibrahim & The Catholic Chaplain all acknowledged having gotten paperwork in accordance with the Policy from us and "Having dropped the Ball" because you did not process it or act according to policy. Now you are punishing me for "your" errors. I request again that you rectify this matter as expediently as possible.

**8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

Mr. Sharp,
    Although your request may have been valid your methods certainly are not. You completely disregarded my advise to you and caused the situation you are in. As far as your violation of rules, you are incorrect. Your actions constituted a threat to the security of this institution and the safety of all inmates and staff. Your freedom of Religion extends only so far long as it does not cause another persons freedoms to be curtailed.

☐ TO DC-14 CAR ONLY       ☐ TO DC-14 CAR AND DC-15 IRS

**STAFF MEMBER** [signature]   **DATE** 12-3-99

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Capt. Coleman (Security Capt.) | 2. Date:<br>9-15-01 |
| 3. By: (Print Inmate Name and Number)<br>Shawn Sharp #BQ8429<br>*Shawn Sharp*<br>Inmate Signature | 4. Counselor's Name<br>Turets |
| | 5. Unit Manager's Name |
| 6. Work Assignment | 7. Housing Assignment<br>GD-9 |

8. Subject: State your request completely but briefly. Give details.

I have written to you 2 times concerning the fact that there is an incorrect security report in my jacket. I am supposed to have been caught in possession of 2 whacks according to this report but I have never had a misconduct for any of this and I have never been caught with any whacks in all of my nearly 11 years of incarceration. The worst you will find is a misconduct for having a plastic knife from the kitchen in my cell. That is it. Again I am asking you to look at my misconducts to verify this and remove this wrong report. Also, I would appreciate your getting with me on this matter.

Thank You;
S. Sharp

**9. Response** (This Section for Staff Response Only)

I already talked to P.R.C about you, they don't think that the only reason that you are in the RHU is because of the weapon charge. Your file shows that you also have a history of confrontations. You need to keep a low profile things don't change in a day!

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  D. Coleman / [signature]   Date 9/18/01
                     Print              Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Captain Coleman (Security) | 2. Date:<br>10/2/01 |
| 3. By: (Print Inmate Name and Number)<br>Shawn Sharp #BQ8429<br>_Shawn Sharp_<br>Inmate Signature | 4. Counselor's Name<br>Turets |
| | 5. Unit Manager's Name |
| 6. Work Assignment<br>Block Worker | 7. Housing Assignment<br>G-D-10 |

8. Subject: State your request completely but briefly. Give details.

Capt. Coleman; Is there any way possible that you could tell me what exactly I am still being held in the Hole for? I wrote to you about this before and you never told me why they are holding me back here now. I've been in the hole for nearly 2 years without ever having even had a misconduct or anything. So could you give me some sort of a rationale? I just want a chance! I've been back here for something I never did. I just want to get out of the hole.

Thank You;
S. Sharp

9. Response: (This Section for Staff Response Only)

Due to your history at other institutions, Sharp this is not the type of institution that anything goes. You need to keep a low profile in and out of the RHU. The final decision to keep you in or out of the RHU is from P.R.C. At this time the Security Office Recommends you stay AC Status

CC: Capt Martin

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

Staff Member Name   R Coleman   / _Sgt J C_   Date 10/4/01
                     Print              Sign

Revised July 2000