

INMATE MAIL
PA DOC

Sharon E. Sharp #BQ-8429
'00 Follies Road
Dallas, Pa. 18612

To: The Chambers of
Magistrate Judge Amy R. Hay
U.S. Post Office & Courthouse
700 Grant St.
Pittsburgh, Pa. 15219