IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN C. SHARP, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 00-2156 |
| | ) Magistrate Judge Amy Reynolds Hay |
| SUPER. JOHNSON, et al., | ) |
| Defendants. | ) |

## JUDGMENT

AND NOW, this 7th day of April, 2008, the Court having finally determined all claims brought by the Plaintiff, pursuant to Fed.R.Civ.P. 58, IT IS HEREBY ORDERED that JUDGMENT is entered in favor of the Defendants and against the Plaintiff on all claims.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:   Shawn C. Sharp
      BQ-8429
      SCI Dallas
      1000 Follies Road
      Dallas, PA 18612-0286

      Scott A. Bradley
      Senior Deputy Attorney General
      by Notice of Electronic Filing