UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

SHAWN C. SHARP
(Plaintiff)
    v.
Superintendent Johnson, et al.
(Defendants)

Civil Action
No. 00-2156

Magistrate Judge Hay

Notice Of Appeal

    Notice is hereby given that Shawn C. Sharp, plaintiff in the above named case, hereby appeals to the United States court of Appeals for the Third Circuit from the final judgment entered in this action on the 7th day of April, 2008 by Magistrate Judge Amy Reynolds Hay.

*Shawn Sharp*
Shawn C. Sharp
Pro Se Plaintiff
State Correctional Inst. At Dallas
1000 Follies Road
Dallas, Pa. 18612

cc: Attorney General's Office
    6th Floor Manor Complex
    564 Forbes Avenue
    Pittsburgh, Pa. 15219

**FILED**
APR 2 1 2008
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA