NAME Shawn Sharp
NUMBER BQ8429
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS

$00.410
04/15/2008
Mailed From 18612
US POSTAGE

INMATE MAIL
PA DOC

Clerk of Courts
U.S. District Court
For The Western Dist.
of Pennsylvania
U.S. Post Office & Courthouse
700 Grant Street
Pitt., Pa. 15219